IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL TEWS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-03596-RLY-DML |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having reviewed said Stipulation and being duly advised, now APPROVES same.

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

SO ORDERED this 28th day of February 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record